**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPSTEIN OPTOMETRIC CORPORATION,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**HARTFORD CASUALTY INSURANCE COMPANY,**<br><br>    Defendant. | Case No.: 15-CV-0141 YGR<br><br>**ORDER RE: JULY 24, 2015 COMPLIANCE HEARING** |

In light of the parties' status statement, the parties are directed to appear in person at the compliance hearing set for 9:01 a.m. on **Friday, July 24, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. The Court understands that Dr. Gordon Epstein, principal for Plaintiff Epstein Optometric Corporation, also intends to appear.

The parties are directed to bring to the hearing an agreed form of release and any other pertinent documents.

**IT IS SO ORDERED**.

Dated: July 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**