# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSTEIN OPTOMETRIC CORPORATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>  Defendant. | Case No.: 15-CV-0141 YGR<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS STATEMENT |

On July 24, 2015, this Court held a status conference with the parties concerning their settlement agreement. At that time, Dr. Gordon Epstein, representative of Plaintiff Epstein Optometric Corporation also appeared. Counsel were directed to file a motion to enforce the settlement for consideration by the Court.

On August 13, 2015, the Court received an ex parte communication from Dr. Epstein concerning the status of the settlement agreement, which included reference to attorney-client communications. The Clerk of the Court is directed to file this letter under seal until further order of the Court.

Counsel are **ORDERED** to file a joint statement regarding the status the settlement and, as appropriate, a stipulation for dismissal of the action no later than **August 19, 2015**.

**IT IS SO ORDERED**.

Dated: August 14, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE